DANIEL D. CRONIN, Respondent, and THE CONNECTICUT COMPANY, Plaintiff, v. JOHN ANDERSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOSEPH DINOWITZ, Appellant, v. LEON TEPLITSKY and "JOHN DOE," etc., Respondents.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SAMUEL W. EAGER, as Trustee in Bankruptcy of VINCENT BERGAMO, Respondent, v. NICHOLINA BERGAMO and VINCENT BERGAMO, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v. WASHINGTON CONCORD CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent one hundred dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FRANK FLYNN and MARCELLA FLYNN, as Administrators, etc., of FRANCIS FLYNN, Deceased, Respondents, v. THE BROOKLYN IMPROVEMENT COMPANY, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ISADORE FRIED, Respondent, v. PATSY SALVINO, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ZIGMUND HABER, Respondent, v. DAVID MURRAY and CLARA C. MURRAY, Appellants.— Motion to dismiss appeal dismissed. The motion cannot be entertained. Section 578 of the Civil Practice Act provides the proper procedure. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOSEPH J. HURWITZ, Appellant, v. BRIGHTON BEACH BATHS, INC., and REALTY ASSOCIATES, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

LEON HURWITZ, an Infant, by JOSEPH J. HURWITZ, His Guardian ad Litem, Appellant, v. BRIGHTON BEACH BATHS, INC., and B. B. BATHING PARK, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Application of MYRA EDITH KEATON for Payment of an Award for Damage Parcel No. 42, on the Damage Map under the Decree of the Court in the Proceeding to Acquire Title by the CITY OF NEW YORK to Certain Lands and Premises Consisting of a Block Bounded by Coney Island Avenue, Avenue Z, East Seventh Street and Manor Court, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee and to direct payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.